# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

SCOTT M. MORSE, SR.

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

June 13, 2013

BRANCH OFFICES

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO  Yakima

The Honorable Judge Fred Van Sickle
Senior U.S. District Judge
Thomas S. Foley U.S. Courthouse
920 W. Riverside
Spokane, WA 99210

**RE: Bowers, Christopher Daniel**
**Docket No.: 2:12CR02078-001**

**Status Report/Modification Request**

Your Honor:

Mr. Bowers was released onto pretrial supervision on October 18, 2012. As a part of his release conditions Mr. Bowers was ordered to remain on GPS home detention and to date has not incurred any significant violations of his GPS requirements. Mr. Bowers has provided random urine samples, which have all returned negative for use of illegal controlled substances. In addition, Mr. Bowers completed treatment services, specifically Moral Recognition Therapy on March 28, 2013, and continues to attended self help meetings.

Mr. Bowers entered a change of plea on April 15, 2013, and is scheduled for sentencing before Your Honor on August 1, 2013.

This officer contacted Allison Gregoire, Assistant United States Attorney, regarding this request. Ms. Gregoire does not support the modification.

**Bowers, Christopher Daniel**
**June 13, 2013**
**Page 2**

It is respectfully requested that the Court modify Mr. Bowers' conditions of release to remove his GPS monitoring.

                            Respectfully,

                            s/Carrie A. Valencia    06/13/2013
                            Carrie A. Valencia       Date
                            U.S. Probation Officer

Approved By:

s/Rebecca M. Nicholos    06/13/2013
Rebecca M. Nichols        Date
Supervising U.S. Probation Officer